ORIGINAL





# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| OMEGA S.A., *et al.*, | CV 04-5443 TJH (RCx) |
| Plaintiffs, | |
| v. | **Preliminary Injunction** |
| COSTCO WHOLESALE CORPORATION, | |
| Defendant. | THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |

The Court has considered Plaintiffs' motion for a preliminary injunction, together with the moving and opposing papers. The Court makes the following findings of fact and conclusions of law:

1. Plaintiffs Omega S.A. ("Omega") and Swatch Group (U.S.) Inc. ("Swatch") allege that Defendant Costco Wholesale Corporation ("Costco") infringed the registered copyright in and to Plaintiffs' Omega Globe Design ("Globe Design") in violation of the Copyright Act of 1976 as amended, 17 U.S.C. §§ 101-1010 ("Copyright Act").

2. Plaintiffs seek a preliminary injunction pursuant to Fed. R. Civ. P. 65 and Section 502 of the Copyright Act.

3. This Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337, 1338(a), 1338(b) and the Copyright Act.

4. Omega manufactures the Omega Seamaster Watch ("Seamaster"), bearing the Globe Design. On or about March 12, 2003, Omega obtained United States Registration No. VAu 574-660 for its Globe Design.

5. Omega distributes the Seamaster only through authorized distributors and dealers located throughout the world, including the United States. Swatch is the exclusive United States distributor of the Seamaster. Swatch distributes the Seamaster only to authorized dealers in the United States.

6. On or about May 28, 2004, an employee of Swatch purchased a Seamaster bearing the Globe Design and serial No. 80682553 from the Costco store in City of Industry, California. That Seamaster was manufactured in Switzerland in 2004 and sold by Omega to a distributor in Egypt.

7. On or about July 9, 2004, Plaintiffs, using investigative services, purchased a Seamaster bearing the Globe Design and serial No. 80734235 from the Costco store in Laguna Niguel, California. That Seamaster was manufactured in Switzerland in 2004 and sold by Omega to a distributor in Paraguay.

8. Neither Omega nor Swatch sold the Seamasters to Costco. Costco did not acquire the Seamasters from any authorized distributor or dealer authorized to ship Seamasters to the United States. Costco is not authorized to sell Omega products in the United States.

9. This Court finds that Plaintiffs have established a likelihood of success on the merits and the possibility of irreparable harm.

. . . . .

1  **It is Ordered** that Defendant Costco Wholesale Corporation, its officers, directors, principals, agents, representatives, employees, successors and assigns, and all those acting in concert or participation with them, be, and hereby are, **Preliminarily Enjoined** from committing any of the following acts:

1. Using the Omega Globe Design in connection with the sale, offering for sale, distribution, exhibition, display or advertising of its goods through the Internet or otherwise;

2. Infringing Omega's copyright in the Omega Globe Design in any manner; and

3. Publishing, selling, marketing, or otherwise disposing of any copies or goods bearing the Omega Globe Design.

**It is further Ordered** that Costco shall:

1. Inventory with serial numbers and deliver to the substitute custodian, within ten business days from the date of this order, any copies of or goods bearing the Omega Globe Design in its possession, custody or control, with written notice of the same to the Court.

2. Inventory with serial numbers and deliver to the substitute custodian, within ten business days from the date Costco or any of its agents, employees or others controlled by them or acting on their behalf or in concert with them, obtains the possession, custody or control of any further copies or goods bearing the Omega Globe Design, with written notice of the same to the Court.

**It is further Ordered** that the substitute custodian shall be David S. Richman of Stephan Oringher, Richman & Theodora, P.C., 2029 Century Park East, Los Angeles, California 90067-2907.

|   |   |
|---|---|
| 1 | **It is further Ordered** that this preliminary injunction shall be effective |
| 2 | upon Plaintiffs' posting of a $50,000.00 bond. |
| 3 | |
| 4 | Date: October 8, 2004 |
| 5 | |
| 6 | *[signature]* |
| 7 | Terry J. Hatter, Jr. |
| 8 | United States District Judge |