ORIGINAL

David S. Richman, Esq. (State Bar No. 94325)
Patricia S. Riordan, Esq. (State Bar No. 187418)
STEPHAN, ORINGHER, RICHMAN,
THEODORA & MILLER, P.C.
2029 Century Park East, Sixth Floor
Los Angeles, California 90067-2907
Telephone: (310) 557-2009
Facsimile: (310) 551-0283
E-Mail:  drichman@sortm.com
         priordan@sortm.com

Matthew C. Wagner, Esq.
Collen IP
80 South Highland Avenue
Ossining, New York 10562
Telephone (914) 941-5668
Telecopier (914) 941-6091
mwagner@collenip.com

Attorneys for Plaintiff Omega S.A.

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
DEC 11 2006
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Priority  ✗
Send      ✓
Enter     ___
Closed    ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| OMEGA S.A.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　Defendant. | Case No. CV04-5443 (TJH) (RCx)<br>Honorable Terry J. Hatter, Jr., Dept. 17<br><br>[PROPOSED] ORDER TO ALLOW CONFIDENTIAL RECORDS TO BE FILED UNDER SEAL<br><br>[Filed concurrently with Application for an Order to Allow Confidential Records to be Filed Under Seal; Declaration of Matthew C. Wagner in Support of Plaintiff's Application to Seal]<br><br>Date: To be determined by Court order of 11/21/06<br>Time: ~~9:30 a.m.~~<br>Crtrm.: 17<br><br>Date Action Filed: July 14, 2004<br>Trial Date: February 6, 2007 |

DOCKETED ON CM
DEC 14 2006
BY _____ 145

651568 1/21475 05002 　　　　　　　1　　　　　　　CV04-5443 (TJH) (RCx)
*[PROPOSED] ORDER TO ALLOW CONFIDENTIAL RECORDS TO BE FILED UNDER SEAL*

1    THIS CAUSE came before the Court on Plaintiff's Application to Allow
2 Confidential Records to Be Filed Under Seal. Upon review of the Application to Seal,
3 the Declaration of Matthew C. Wagner, the court file and applicable law, it is hereby
4    ORDERED AND ADJUDGED, that portions of Plaintiff's Motion for Summary
5 Judgment, Plaintiff's Statement of Uncontroverted Facts, Exhibit A-B to the
6 Declaration of Sükrü Cital, Exhibits A-B to the Declaration of David Polturak, Exhibits
7 A-G to the Declaration of Raynald Aeschlimann, and Exhibits A, B, E, F, and J-S to the
8 Declaration of Thomas P. Gulick, be sealed as the materials contained therein contain
9 confidential information that should be sealed from the public records pursuant to the
10 Protective Order already in place.
11    IT IS SO ORDERED.

13 DATED: December _8_, 2006

_____
The Honorable Terry J. Hatter, Jr.
United States District Judge