```
Priority    XXX
Send        XXX
Enter       XXX
Closed
JS-5/JS-6   X
JS-2/JS-3   ___
Scan Only   ___
```



THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).



# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| OMEGA S.A., *et al.*, | CV 04-05443 TJH (RCx) |
| Plaintiffs, | |
| v. | Order |
| COSTCO WHOLESALE CORPORATION, | and |
| Defendant. | Judgment |

The Court has considered Plaintiff's motion for summary judgment, Plaintiff's motions for leave to file documents under seal, Defendant's motion for summary judgment or, in the alternative, for partial summary judgment, and Defendant's motions for leave to file documents under seal, together with the moving and opposing papers.

It is Ordered that the motions for leave to file documents under seal be, and hereby are, Granted.

1  **It is further Ordered** that Plaintiff's motion for summary judgment be,
2  and hereby is, **Denied**.

4  **It is further Ordered** that Defendant's motion for summary judgment be,
5  and hereby is, **Granted**.

7  **It is further Ordered, Adjudged and Decreed** that judgment be, and
8  hereby is, *Entered* in favor of Defendant Costco Wholesale Corporation and against
9  Plaintiff Omega S.A.

11  **It is further Ordered, Adjudged and Decreed** that Plaintiff shall take
12  nothing.

14  **It is further Ordered** that all other pending motions be, and hereby are,
15  **Denied** as moot.

17  **It is further Ordered** that the preliminary injunction be, and hereby is,
18  **Vacated**.

20  Date:   February 6, 2007

                                    _____
                                         **Terry J. Hatter, Jr.**
                                    **Senior United States District Judge**