# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| OMEGA S.A., | CV 04-05443 TJH (RCx) |
| Plaintiff, | |
| v. | |
| COSTCO WHOLESALE CORPORATION, | Order |
| Defendant. | (#296, #297, #302) |

The Court has considered Plaintiff's renewed motion for summary judgment and renewed motion to strike certain affirmative defenses, together with the moving and opposing papers.

It is Ordered that the motions be, and hereby are, Denied.

It is further Ordered, *sua sponte*, that the order denying Defendant's motion for leave to amend its answer to include additional affirmative defenses be, and hereby is, Vacated.

It is further Ordered that a Final Pretrial Conference shall be held at 10:00 a.m. on Tuesday, September 29, 2009.

It is further Ordered that the parties shall lodge an amended joint proposed pretrial conference order by September 21, 2009.

Date:   August 12, 2009   _____

Terry J. Hatter, Jr.
Senior United States District Judge