1 David S. Richman, Esq. (State Bar No. 94325)
2 Patricia S. Riordan, Esq. (State Bar No. 187418)
Theodora Oringher, P.C.
3 10880 Wilshire Blvd., Suite 1700
Los Angeles, California 90024-4101
4 Telephone: (310) 557-2009
Facsimile: (310) 551-0283
5 E-Mail: drichman@tocounsel.com

6 Jess M. Collen, Esq.
7 Thomas P. Gulick, Esq.
Collen IP
8 The Holyoke-Manhattan Building
80 South Highland Avenue
9 Town of Ossining
Westchester County, New York 10562
10 Telephone: (914) 941-5668
Facsimile: (914) 941-6091
11 E-Mail: jcollen@collenip.com

12
13 Attorneys for Plaintiff Omega S.A.

14                    UNITED STATES DISTRICT COURT
15           CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

16

| | |
|---|---|
| 17 OMEGA S.A., | Case No. CV04-5443 TJH (RCx) |
| 18      Plaintiff, | **NOTICE OF APPEAL** |
| 19   vs. | |
| 20 COSTCO WHOLESALE CORPORATION, | |
| 21      Defendant. | |

23     Notice is hereby given that plaintiff Omega S.A., in the above-named action,
24 appeals to the United States Court of Appeals for the Ninth Circuit from (1) the
25 November 9, 2011, order and judgment (entered on the docket on November 10,
26 2011), granting defendant Costco Wholesale Corporation's motion for summary
27 judgment, and (2) all prior appealable orders entered by the District Court.
28

864403.1/21475.05002

1
NOTICE OF APPEAL

| | | |
|---|---|---|
| 1 | December 9, 2011 | COLLEN IP |
| 2 | | THEODORA ORINGHER PC |
| 4 | | /s/ David S. Richman |
| 5 | | David S. Richman |
| | | Attorneys for Plaintiff Omega S.A. |

864403.1/21475.05002

2
NOTICE OF APPEAL